UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Maureen D. Bozicevich,                          Civil No. 05-390 (PAM/AJB)

                    Plaintiff,

v.                                                          **ORDER**

Jo Anne B. Barnhart,
Commissioner of Social Security,

                    Defendant.

_____

This matter is before the Court on Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act.   On August 7, 2006, Magistrate Judge Arthur J. Boylan recommended that the Court grant the Motion.   The Government does not object to the recommendation.  (See Docket No. 27.)  Accordingly, **IT IS HEREBY ORDERED** that:

1.      Plaintiff's Motion for Attorney's Fees (Docket No. 22) is **GRANTED**; and

2.      Plaintiff is awarded $4,930.00 in attorney's fees.


Date:  August 22, 2006

                              s/ Paul A. Magnuson
                              Paul A. Magnuson
                              United States District Court Judge